# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

481

KA 08-02107

PRESENT: SCUDDER, P.J., FAHEY, CARNI, SCONIERS, AND MARTOCHE, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                          ORDER

MARLON BOATMAN, DEFENDANT-APPELLANT.

---

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (CHRISTINE M. COOK OF COUNSEL), FOR DEFENDANT-APPELLANT.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (HANNAH STITH LONG OF COUNSEL), FOR RESPONDENT.

---------------------------------------------------------------------------------------------------------

Appeal from a new sentence of the Onondaga County Court (William D. Walsh, J.), rendered September 2, 2008 imposed upon defendant's conviction of criminal possession of a controlled substance in the second degree.  Defendant was resentenced pursuant to the 2005 Drug Law Reform Act upon his 2003 conviction.

It is hereby ORDERED that the sentence so appealed from is unanimously affirmed.

Entered:  April 29, 2011                           Patricia L. Morgan
                                                   Clerk of the Court